```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 08 B 27301
   JAMES LYNCH
   THERESA LYNCH                                 CHAPTER 13

                                                 JUDGE: BRUCE W BLACK

              Debtor
   SSN XXX-XX-5049    SSN XXX-XX-6466
```

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/10/08 .

2. The case was converted to Chapter 7 without confirmation, 01/26/2009.

3. The Debtor paid a total of $ 2146.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AMERICAN HONDA FINANCE C | SECURED VEHIC | .00 | .00 | 1091.71 |
| CARMAX AUTO FINANCE | SECURED VEHIC | .00 | .00 | 940.55 |
| VANDERBILT MORTGAGE & FI | UNSECURED | NOT FILED | .00 | .00 |
| BARONS CREDITORS SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CCS | UNSECURED | NOT FILED | .00 | .00 |
| CDA PONTIAC | UNSECURED | NOT FILED | .00 | .00 |
| ARNOLD SCOTT HARRIS | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO LAKESHORE MED AS | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT MERCHANTS CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT MERCHANTS CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT MERCHANTS CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK MARI | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK MARI | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FORD MOTOR CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICE | UNSECURED | NOT FILED | .00 | .00 |

```
KIDS TALK                     UNSECURED      NOT FILED              .00           .00
KOHLS                         UNSECURED      NOT FILED              .00           .00
MERRICK BANK                  UNSECURED      NOT FILED              .00           .00
NCO FINANCIAL SYSTEMS         UNSECURED      NOT FILED              .00           .00
NCO FINANCIAL SYSTEMS         UNSECURED      NOT FILED              .00           .00
NICOR GAS                     UNSECURED      NOT FILED              .00           .00
PETES LAWN CARE               UNSECURED      NOT FILED              .00           .00
RECEIVABLES MANAGEMENT I      UNSECURED      NOT FILED              .00           .00
STERLING ESTATES              UNSECURED      NOT FILED              .00           .00
TARGET                        UNSECURED      NOT FILED              .00           .00
TRACKERS FIRST MIDWEST B      UNSECURED      NOT FILED              .00           .00
US CELLULAR                   UNSECURED      NOT FILED              .00           .00
MB FINANCIAL BANK             PRIORITY       NOT FILED              .00           .00
ACL SERVICES INC              UNSECURED      NOT FILED              .00           .00
AMERICAN ACCOUNTS & ADVI      UNSECURED      NOT FILED              .00           .00
AMERICASH LOANS               UNSECURED      NOT FILED              .00           .00
ASSOCIATED RADIOLOGITS J      UNSECURED      NOT FILED              .00           .00
ASSOCIATED UROLOGICAL SP      UNSECURED      NOT FILED              .00           .00
AUDIT SYSTEMS INC             UNSECURED      NOT FILED              .00           .00
CHICAGO RIDGE RADIOLOGY       UNSECURED      NOT FILED              .00           .00
COLLECT AMERICA               UNSECURED      NOT FILED              .00           .00
CREDIT WATCH                  UNSECURED      NOT FILED              .00           .00
HARRIS                        UNSECURED      NOT FILED              .00           .00
LISLE AUTO PLAZA/HONDA J      UNSECURED      NOT FILED              .00           .00
NORTHWEST COLLECTION          UNSECURED      NOT FILED              .00           .00
QUEST DIAGNOSTICS             UNSECURED      NOT FILED              .00           .00
RADIOLOGICAL PHYSICIANS       UNSECURED      NOT FILED              .00           .00
SERTOMA SPEECH & HEARING      UNSECURED      NOT FILED              .00           .00
SILVER CROSS HOSPITAL         UNSECURED      NOT FILED              .00           .00
SOUTHLAND BONE & JOINT I      UNSECURED      NOT FILED              .00           .00
TRACKERS FIRST MIDWEST B      UNSECURED      NOT FILED              .00           .00
US BANK                       UNSECURED      NOT FILED              .00           .00
US BANK                       UNSECURED      NOT FILED              .00           .00
```

Summary of disbursements:

```
                    SECURED     PRIORITY    UNSECURED       OTHER         TOTAL

TOTAL CLMS ALLOWED      .00          .00         .00          .00           .00
PRINCIPAL PAID      2032.26          .00         .00          .00       2032.26
INTEREST PAID           .00          .00         .00          .00           .00
TOTAL PAID          2032.26          .00         .00          .00       2032.26
```

The Debtor's attorney, JAHNKE & TOOLIS                 , was allowed $       .00
and was paid $        .00 .

The Trustee received $    113.74 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


Dated: 03/18/09                /S/
                          GLENN STEARNS
                          CHAPTER 13 TRUSTEE

```
                         PAGE  3
    CASE NO. 08 B 27301 JAMES LYNCH & THERESA LYNCH
```